# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DHAQUE JONES, | : | No. 42 WM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| DEPARTMENT OF COURT RECORDS, | : | |
| CRIMINAL DIVISION, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and Application for Immediate Hearing is DENIED.